UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON BIT LABS, INC., d/b/a BIT BAR SALEM, a Massachusetts corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS GROWTH CAPITAL CORPORATION, a Massachusetts body politic and corporation,<br><br>　　　　　Defendant. | Civil Action No. _____<br><br>**MOTION FOR A TEMPORARY RESTRAINING ORDER** |

　　　Plaintiff Boston Bit Labs, Inc., d/b/a Bit Bar Salem ("Bit Bar") brings its Motion for a Preliminary Injunction against Defendant Massachusetts Growth Capital Corporation ("MGCC" or "Defendant") preventing MGCC from unconstitutionally excluding Bit Bar from eligibility, or even applying for a COVID-19 grant on account of BitBar having exercised its First Amendment right to Petition.

### REQUEST FOR ORAL ARGUMENT

　　　Plaintiff believes that oral argument may assist the court. This matter involved significant Constitutional issues that oral argument will help to address.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

　　　Undersigned counsel certifies that counsel for Plaintiff conferred with Defendant's representative on October 26, 2020, and attempted in good faith to resolve or narrow the issue.

/ / /

/ / /

/ / /

- 2 -

Dated: October 27, 2020        Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Plaintiff*
*Boston Bit Labs, Inc*