**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-----------------------------------------------------------x

| | |
|---|---|
| BOSTON BIT LABS, INC., d/b/a BIT BAR SALEM, a Massachusetts corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>MASSACHUSETTS GROWTH CAPITAL CORPORATION, a Massachusetts body politic and corporation,<br><br>       Defendant. | Civil Action No.: 1:20-cv-11932-RGS<br><br>**NOTICE OF APPEARANCE**<br>(for ECF Purposes) |

Please enter on the docket the appearance of Jay M. Wolman, as counsel for Plaintiff Boston Bit Labs, Inc. d/b/a Bit Bar Salem, as additional counsel.

Dated: October 28, 2020        Respectfully Submitted,

                                            /s/ Jay M. Wolman
                                            Jay M. Wolman, BBO# 666053
                                            jmw@randazza.com, ecf@randazza.com
                                            RANDAZZA LEGAL GROUP, PLLC
                                            30 Western Avenue
                                            Gloucester, MA 01930
                                            Tel: (978) 801-1776

                                            Attorneys for Plaintiff
                                            Boston Bit Labs, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties this day by the Court's CM/ECF system and/or via first class mail or electronic mail.

Dated:  October 28, 2020           /s/Jay M. Wolman          

                                   Jay M. Wolman