**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-------------------------------------------------------------x

BOSTON BIT LABS, INC., d/b/a BIT BAR
SALEM, a Massachusetts corporation,

        Plaintiff,

    v.

MASSACHUSETTS GROWTH CAPITAL
CORPORATION, a Massachusetts body
politic and corporation,

        Defendant.

Civil Action No.: 1:20-cv-11932-RGS

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1  Plaintiff BOSTON BIT LABS, INC., d/b/a

BIT BAR SALEM (a private non-governmental party) states that the following are parent

corporations or publicly held corporation owning 10% or more of its stock:

    None.

Dated: October 28, 2020

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Attorneys for Plaintiff
Boston Bit Labs, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties this day by the Court's CM/ECF system and/or via first class mail or electronic mail.

Dated:  October 28, 2020          /s/Jay M. Wolman

                                  Jay M. Wolman